1  CHANCE E. GORDON (SBN 198512)
   **THE GORDON LAW FIRM**
2  Miracle Mile Tower
3  5455 Wilshire Boulevard, Suite 2025
   Los Angeles, CA 90036
4  Tel. (323) 933-6088
5  Fax (323) 933-6090
   cgordon@thegordonlawfirm.com
6
7  In Pro Per

8
9                  **UNITED STATES DISTRICT COURT**

10         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12  CHANCE E. GORDON, dba THE          CASE NO. 2:10-cv-06462-JFW-FFM
    GORDON LAW FIRM
13                                     **RICO CASE STATEMENT**
                   Plaintiffs,
14           v.
15
16  THE BETTER BUSINESS BUREAU OF
    THE SOUTHLAND, a California
17  Corporation; WILLIAM MITCHELL, an
    Individual; SPRINGBOARD
18  NONPROFIT CONSUMER CREDIT
19  MANAGEMENT, INC., a California
    Corporation; and DOES 1 through 10,
20  inclusive,
21
22                 Defendants.
23
24
25                 **RICO CASE STATEMENT**
26      The RICO Case Statement follows the questions asked and format reflected
27  in the template attached as Exhibit "A" to this Rico Case Statement.
28

                                    1

1. The alleged conduct falls within <u>18 U.S.C. § 1962(a) (b) and (d)</u>.

2.   **A.   Defendant Southland Better Business Bureau (Hereinafter "Defendant BBB")**

   1. Defendant BBB has interfered with the business relationships and economic advantage of Plaintiff through deceptive and misleading statements of and concerning Plaintiff's business practices. It has given Plaintiff an "F" rating as a way to direct business away from Plaintiff and to businesses it holds an interest in which share the same field as Plaintiff.

   **B.   Defendant William Mitchell (Hereinafter "Defendant Mitchell")**

   1. Defendant William Mitchell has lied to the public through misrepresenting his association with Defendant BBB. He has falsely represented to consumers that he is a "BBB Expert" while concealing the fact that he is the primary shareholder of Defendant BBB. He has lied about his training and background in communicating with the public.

   **C.   Defendant Springboard Financial (Hereinafter "Defendant Springboard")**

   1. The entity to whom Defendants BBB and Mitchell direct business to through the above-described activities.

3.   Alleged wrong doers additional to Defendants

   a. Currently unknown

4.   Alleged Victim

   A. Chance E. Gordon, d/b/a The Gordon Law Firm whom, since June of 2010 has lost $100,000.00 a month in revenue as a direct result of the conduct described in the complaint. Damages in this amount are continuing.

5.    Pattern of Racketeering Activity

    A.  Defendants Southland Better Business Bureau and William Mitchell have committed multiple acts of wire fraud within the meaning of 18 U.S.C. § 1343 through broadcasting and publishing over the Internet a false rating of Plaintiff's business fabricated for the purpose of directing business to other entities which Defendant Mitchell holds an interest in.  Furthermore, Defendant Mitchell has violated this statute through repeatedly misrepresenting to the public his ownership interest in Defendant BBB and his educational and training background.

    B.  April 29, 2010, June 2, 2010, June 14, 2010 and August 18, 2010 Defendant Mitchell was involved in all predicate acts on behalf of Defendant BBB.  His actions involved falsely representing himself as a "BBB Expert" while concealing the fact that he held an ownership interest in Defendant BBB.  Furthermore, after an exchange with Plaintiff on the "Trustlink" website (which is owned and operated by Defendant BBB), Defendant Mitchell has retaliated against Plaintiff by giving Plaintiff an "F" rating.

    C.  Defendant William Mitchell, as the primary controller of Defendant BBB, falsely represented his affiliation so that he could appear neutral through identifying himself as "BBB Expert".  By creating this false impression of neutrality, he was able to direct business away from Plaintiff and towards Defendant Springboard and other entities which are currently unknown.  Evidence of these misrepresentations are contained in the Trustlink Dialogue reflected in Exhibit "B" attached hereto.

6.   (a)   Defendant Mitchell, Defendant BBB, and Defendant Springboard, (b) Defendant BBB, with Defendant Mitchell at the helm, uses its arbitrary rating system to assign businesses that Defendant Springboard competes with a negative grade.  As Defendant BBB lies to the public and convinces the public that it is a governmental agency, it is able to destroy the revenue of businesses such as Plaintiffs and to direct business to Defendant Springboard and other currently unknown governmental agencies. (c)  Defendant Mitchell is the head executive officer of Defendant BBB. (d).  Yes, Defendants Mitchell and Defendant Springboard are associated with the RICO enterprise Defendant BBB. (e) Defendant Mitchell is alleged to be the alter ego of Defendant BBB. (f) Defendant Mitchell is the perpetrator of the racketeering activity.

7.   The pattern of racketeering activities are separate.

8.   The racketeering activity involves Defendant Mitchell, marauding as a "BBB" expert, lying to the public on a daily basis as to the activities of Plaintiff and its operations.  This differs from normal day-to-day operations as the foregoing conduct has been engaged in for the express purpose of directing business away from Plaintiff.

9.   The enterprise was able to direct business away from Plaintiff and to the entities it held an interest in which competed with Plaintiff and included Defendant Springboard.

10.   The conduct related to the modification of loans issued by Federal and federally insured institutions.

11.   a. Defendant William Mitchell and Defendant Springboard
       b. Funds were used to operate and direct business to Defendant Springboard.

12.   Defendant Mitchell has a financial interest in Defendant Springboard and

other entities which are currently unknown to whom he directs business to through trashing Plaintiff's reputation.

13. (a) Defendant William Mitchell. (b) Yes.

14. Defendant William Mitchell, as the majority shareholder of Defendant Southland Better Business Bureau intentionally directed business away from Plaintiff and to Defendant Springboard through lying about his background and affiliation with Defendant Southland Better Business Bureau.

15. Past harm of $100,000.00 a month since June of 2010. Monthly losses of $100,000.00 a month.

16. Through Defendant William Mitchell marauding as a "BBB Expert" when he was in reality the primary shareholder and sole control of Defendant Southland Better Business Bureau, he was able to give Plaintiff's business an "F" rating and direct business to Defendant Springboard whom he held an ownership interest in.

17. $500,000.00 to date; $100,000.00 a month, which is ongoing. Defendants are jointly and severally liable for this amount of damages.

18. Violation of the Racketeering and Corrupt Organizations Act and Injunctive Relief.

19. Unfair Business Practices and Intentional Interference with Prospective Economic Advantage,

20. N/A

DATED: October 26, 2010                        **THE GORDON LAW FIRM**


By: _____
CHANCE E. GORDON, In Pro Per

Exhibit "A"

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

|  | CASE NO. |
|---|---|
| Plaintiff, | |
| vs. | |
| Defendant. | |

RICO CASE STATEMENT

    1.  State whether the alleged unlawful conduct is in violation of 18 U.S.C. 1962(a), (b), (c), and/or (d).

    2.  List the defendants and state the alleged misconduct and basis of liability of each defendant.

    3.  List alleged wrongdoers, other than the defendants listed above, and state the alleged misconduct of each wrongdoer.

    4.  List the alleged victims and state how each victim was allegedly injured.

    5.  Describe in detail the pattern of racketeering activities or collection of unlawful debts alleged for each RICO claim.  The description of the pattern of racketeering shall include the following information:

        a.  List the alleged predicate acts and the specific statutes that were allegedly violated;

b.  Provide the date of each predicate act, the participants in each predicate act, and a description of the facts constituting each predicate act;

c.  If the RICO claim is based on the predicate offenses of wire fraud, mail fraud, or fraud in the sale of securities, the "circumstances constituting fraud or mistake shall be stated with particularity." Fed. R. Civ. P. 9(b).  Identify the time, place and substance of the alleged misrepresentations, and the identity of persons to whom and by whom the alleged misrepresentations were made;

d.  State whether there has been a criminal conviction for violation of any predicate act;

e.  State whether civil litigation has resulted in a judgment with regard to any predicate act;

f.  Describe how the predicate act forms a "pattern of racketeering activity;" and

g.  State whether the alleged predicate acts relate to each other as part of a common plan.  If so, describe the alleged relationship and common plan in detail.

6.  Describe in detail the alleged "enterprise" for each RICO claim.  A description of the enterprise shall include the following: (a) state the name of the individuals, partnerships, corporations, associations, or other legal entities, which allegedly constitute the enterprise; (b) a description of the structure, purpose, function and course of conduct of the enterprise; © a statement of whether any defendants are employees, officers or directors of the alleged enterprise; (d) a statement of whether any defendants are associated with the alleged enterprise; (e) a statement of whether plaintiff is alleging that the defendants are individuals or entities separate from the alleged enterprise or that the defendants are the enterprise itself, or members of the enterprise; (f) if any defendants are alleged to be the enterprise itself, or members of the enterprise, an explanation of whether such defendants are perpetrators, passive instruments, or victims of the alleged racketeering activity.

7.  State and describe in detail whether plaintiff is alleging that the pattern of racketeering activity and the enterprise are separate or have merged into one entity.

8.  Describe the alleged relationship between the activities of the enterprise and the pattern of racketeering activity.  Discuss how the racketeering activity differs from the usual daily activities of

1    the enterprise, if at all.

2        9. Describe what benefits, if any, the alleged enterprise receives from the alleged pattern of

3    racketeering.

4        10. Describe the effect of the activities of the enterprise on interstate or foreign commerce.

5        11. If the complaint alleges a violation of 18 U.S.C. 1962(a), provide the following: (a) state

6    who received the income derived from the pattern of racketeering activity or through the collection of

7    unlawful debt; and (b) describe the use or investment of such income.

8        12. If the complaint alleges a violation of 18 U.S.C. 1962(b), describe in detail the acquisition

9    of maintenance of any interest in or control of the alleged enterprise.

10        13. If the complaint alleges a violation of 18 U.S.C. 1962(c), provide the following: (a) state

11    who is employed by or associated with the alleged enterprise, and (b) state whether the same entity is

12    both the liable "person" and the "enterprise" under 18 U.S.C. 1962(c).

13        14. If the complaint alleges a violation of 18 U.S.C. 1962(d), describe in detail the facts

14    showing the existence of the alleged conspiracy.

15        15. Describe the alleged injury to business or property.

16        16. Describe the direct casual relationship between the alleged injury and the violation of the

17    RICO statute.

18        17. List the damages sustained by reason of the violation of 18 U.S.C. 1962, indicating the

19    amount for which each defendant is allegedly liable.

20        18. List all other federal causes of action, if any, and provide the relevant statute numbers.

21        19. List all pendent state claims, if any.

22        20. Provide any additional information that you feel would be helpful to the court in

23    processing your RICO claims.

24        DATED:

25

26                _____

27                      Attorney for Plaintiff(s)

28

Exhibit "B"

Is there anyone who has had experience with The Gordon Law Firm in reducing their mortgage payments?
Category: Business
Tags: The Gordon Law Firm, loan modification



**The Gordon Law Firm**
5455 Wilshire Blvd., Suite 2010
Los Angeles, CA 90036
View Reviews   |   View BBB Report
Page Bottom ↓
Lei O.



- ✪

  0 Reviews

- 💡

  3 Answers

4/29/2010 7:04 AM (PST)

I would like to know the credibility of The Gordon Law Firm located in Los Angeles, CA 90036. They claim to be able to negotiate with banks and lending institutions in lowering mortgage payments to an affordable amount for the homeowner who is in jeopardy in losing their home through financial difficulties. With so many scam artists about one can not be more careful in retaining legal counsel and verifying if their business is legit. Can they be trusted to uphold their claim?

» Send Kudo  |  » Send a Message
Replies: 29
Bill M



- ✪

  7 Reviews

- 

1331 Answers



4/29/2010 7:23 AM (PST)

Lei, Click on the View BBB Report link above your question. Review the complaints against this firm by pressing the View Complaints button within the BBB report. My concern is that the complaints allege that the firm failed to perform services after being retained to do so. The fact that they've made some refunds doesn't mitigate this concern. You should also know that it's illegal in California for any business or law firm to collect any fees in advance of actually performing the modification service.

» Send Kudo  |  » Send a Message     Is this helpful? 👍(2)   👎(2)

Lei O.



- 0 Reviews

- 3 Answers

4/29/2010 7:38 AM (PST)

Thank you Bill. I did check and reviewed the complaints against the Firm and agree with you in that it does not mitigate my concern. There is also no BBB creditability rating. I live in Georgia and would be concern if the Firm is licensed to practice there as well.

» Send Kudo  |  » Send a Message     Is this helpful? 👍(1)   👎(0)

Bill M



- 

7 Reviews

- 

  1331 Answers


Sergeant

4/29/2010 7:42 AM (PST)

Lei, They're not licensed to practice law in the state of Georgia. They're only licensed in California. There's no rating because we're reviewing their record.

» Send Kudo  |  » Send a Message    Is this helpful? 👍(2)  👎(0)
Lei O.

Button

- 0 Reviews

- 3 Answers

4/29/2010 7:49 AM (PST)

Thank you again Bill. That does it for me.

» Send Kudo  |  » Send a Message    Is this helpful? 👍(0)  👎(0)
CHANCE E. GORDON

Button

- 0 Reviews

- 💡

33 Answers

6/1/2010 8:23 PM (PST)

Hi All,

This is Chance E. Gordon of The Gordon Law Firm. I've noticed that Bill M has no legal background as far as I can tell. That being said, let me clarify things as it is seems to be primarily ignorance of the law that is hurting the homeowners and allowing the banks to hold all of the cards.

My firm does not charge any sort of fee for loan modifications. We instead provide free loan modifications to existing clients. What we do offer is a program that allows a client to retain our services for the purpose of investigating potential monetary claims against their lender. We can provide this service to clients in all 50 states as all lenders are federally regulated by either the FDIC, the OTS, or the Federal Reserve. Due to this fact, the questions we address are exclusively federal in nature and therefore permissible for my office to be retained upon.

My firm has modified literally hundreds of loans and have over 500 satisfied clients. Six complaints on the BBB which have been posted by individuals whose are assertions are almost always untrue still shows a customer satisfaction rate of almost 100%.

I hope this information was helpful.

Chance E. Gordon

» Send Kudo  |  » Send a Message       Is this helpful? 👍(1)   👎(0)

Bill M



- ⚙

7 Reviews

- 💡

1331 Answers

 BBB Expert

Sergeant

6/2/2010 6:11 AM (PST)

Chance, You're wrong about my background. I am a lawyer, and I consider myself well versed in the law as it relates to loan modifications. By virtue of my position, I've seen literally thousands of homeowners victimized by companies that claim to be able to obtain loan modifications. Regrettably, many of these scams are perpetrated by lawyers in California. To illustrate the magnitude of the problem, the new president of the State Bar of California has stated publicly that his number one priority will be to weed out the unethical lawyers that engage in this business. I would encourage readers to view and read the six complaints against your firm and judge for themselves the seriousness of the allegations and whether or not they're true. In my opinion, the allegations are extremely serious. (Readers can click on the "View Complaints" button in the BBB Report (link is above the original question).

» Send Kudo  |  » Send a Message       Is this helpful? 👍(0)   👎(1)

CHANCE E. GORDON

| Button |

- ⚙

  0 Reviews

- 💡

  33 Answers

6/13/2010 11:49 PM (PST)

Geez Bill, I'm sorry. I guess myself as well as the good folks that are reading your criticism of my law firm may be a bit confused. I've taken the time to cut and paste your trustlink profile and it indicates that your occupation is "Senior manager" and your education is a "College degree". (Please see below)...

TrustLink Brigade Rank: Sergeant
Age: 56 or older
Gender: Male
Marital Status: Married
Household Size: 2
Location: Colton, CA
Occupation: Senior manager
Highest Level of Education: College degree

In light of the above, and forgive my ignorance, but would you share with these fine people who are dedicating their time to read the reviews of a "BBB Expert" the following information; 1) where you went to law school, 2) where you are admitted to practice, 3) your area of speciality, 4) how many trials you've conduct, and, 5) how many of these trials have encompassed issues which relate to real property issues, (i.e. Predatory lending, Foreclosure Consultant Act, etc.)? Would you also disclose to these fine folks whether you have an ownership interest in any publicly traded securities issued by any lending institutions? I think if you can't provide complete answers and full disclosure on all of the foregoing the BBB should probably "strip you of your stripes".

My operation is transparent and yes we have had complaints. In light of having represented over 400 clients in loan modifications prior to the enactment of SB94 and an additional 100-200 since then through our pre-litigation monetary claims program, I don't think that 6 complaints which have been COMPLETELY RESOLVED should cause anyone concern WHATSOEVER.

In addition, please check out National Payment Modification which is the dba I used prior to the enactment of SB94 and which was an additional office I had in San Diego. You will see the rating TO THIS DAY is an "A-".

Bill, I would like to invite you to a public debate on all of the issues I've raised in what has been discussed above. It can be on radio, TV, or in front of a crowd of your most loyal supporters. No sense being a "key board commando", right? Let's put our credentials, thoughts, opinions, and skills in debate before the people in the proper forum so that they will pass judgment only after they have been FULLY INFORMED.

I anxiously await your response and can be reached by you or anyone else that has any concern at

WOW!! I think I will change my motto to "Those who live in glass houses should not throw stones!"

If it is any consulation, Bill "M" is in fact a lawyer which begs the question about why he does not disclose this on his profile...could be because the law school he graduated from was not accredited and whose alumni have the highest discipline rate in California?

Here is his bar information...

William Grant Mitchell - #64929
Current Status: Active
This member is active and may practice law in California.

See below for more details.

Profile Information
Bar Number 64929
Address 315 N Lacadena Dr
Colton, CA 92324 Phone Number (909) 825-0490
Fax Number (909) 825-6246
e-mail Not Available
District District 6 Undergraduate School No Information Available;
County San Bernardino Law School Western State Univ; CA
Sections None

Status History
Effective Date Status Change
Present Active
9/30/1975 Admitted to The State Bar of California

»  Send Kudo  |  »  Send a Message    Is this helpful?  👍(1)   👎(0)
CHANCE E. GORDON



-  0 Reviews

- 33 Answers

6/14/2010 1:57 AM (PST)

More on the "unbiased" President of the Southland BBB...

When state and federal regulators shut down the National Consumer Council in Santa Ana on Monday, Bill Mitchell felt a sense of relief.As the head of Better Business Bureau of the Southland in Colton, Mitchell has railed against the nonprofit -consolidation firm, calling it "a huge scam."The state Department of Corporations issued a "desist-and-refrain order" against NCC, several of its related for-profit companies and three individuals, saying they were operating without a proper license in California.Authorities with the state agency and the Federal Trade Commission then closed NCC's headquarters, sent home about 250 employees and appointed a conservator to temporarily oversee the financial activities of the operation.A report on the Better Business Bureau's Web site gives NCC an "unsatisfactory business performance record based on a pattern of complaints that cause us concern," and urges consumers to use "careful consideration" in dealing with it.That report, and Mitchell's comments, drew a defamation lawsuit last October, in which the National Consumer Council accused Mitchell and the bureau of attacking the NCC "in an improper and unlawful effort to halt the NCC's success."The organization also said Mitchell failed to disclose he was on the board of Riverside-based Springboard, a credit counseling service that competes with NCC."Of course, that is utter nonsense," Mitchell said Tuesday by phone.

...

Both organizations charge fees to reduce the . Wilkman said Mitchell was a Springboard director because it's a tradition for the heads of Better Business Bureaus to be on the boards of local credit counselors.

...

Mitchell said he did not think the lawsuit would proceed.

...

BODY: When state and federal regulators shut down the National Consumer Council in Santa Ana on Monday, Bill Mitchell felt a sense of relief.

As the head of Better Business Bureau of the Southland in Colton, Mitchell has railed against the nonprofit -consolidation firm, calling it "a huge scam."

...

That report, and Mitchell's comments, drew a defamation lawsuit last October, in which the National Consumer Council accused Mitchell and the bureau of attacking the NCC "in an improper and unlawful effort to halt the NCC's success."

The organization also said Mitchell failed to disclose he was on the board of Riverside-based Springboard, a

credit counseling service that competes with NCC.

"Of course, that is utter nonsense," Mitchell said Tuesday by phone.

...

Wilkman said Mitchell was a Springboard director because it's a tradition for the heads of Better Business Bureaus to be on the boards of local credit counselors.

...

Mitchell said he did not think the lawsuit would proceed.

...

D01 -LENGTH: 791 words -HEADLINE: Government agencies close NCC; -CREDIT COUNSELOR: Federal and state regulators say the firm operated -without a license. -BYLINE: JONATHAN SHIKES; THE PRESS-ENTERPRISE -BODY: -

» Send Kudo  |  » Send a Message    Is this helpful? 👍(1)   👎(0)


CHANCE E. GORDON



Button

- ⭐

0 Reviews

- 💡

33 Answers

6/14/2010 1:59 AM (PST)

*Consumer Claims BBB a Total Scam* - [Cached Version]
Published on: 3/4/2003 Last Visited: 7/14/2005
William G. Mitchell, the controversial and defiant leader of the Better Business Bureau of the Southland, Inc., is also discussed.We also touch upon the general concept of so-called #34Better Business Bureaus#34 and their roles as consumer watchdog agencies.By no means is this brief report a complete compendium of the affairs of Mr. Mitchell, and his BBB Southland Inc., empire.Neither does this report claim to divulge all facts that have been gathered with respect to the investigation of William G. Mitchell, his BBB cookie jar, or any of the various subjects and persons mentioned herein.

...

This practice may have the indirect effect of forcing the BBB Southland to substantiate, correct, and validate its vindictive and controversial #34Reliability Reports#34 or force suspicious companies to re-evaluate their relationship with William G. Mitchell.

...

the Better Business Bureau of the Southland, Inc., allegedly d/b/a (doing business as) #34Orange County Better Business Bureau#34, , , and, included information about Mr. William G. Mitchell, the controversial and imperial-like President of the BBB Southland, Inc., who has at least five offices in the Los Angeles, California area covering Orange County, Los Angeles County, Riverside County, and San Bernardino County.

Investigation of Key EmployeesIn addition to exploring information about Mr. Mitchell, our initial report also included a background investigation of key BBB Southland employees.With the previous reports, we provide direct hyperlinks which allowed readers to download free of charge the 1999 Form 990 tax return documents uncovered by the Publisher and apparently filed by Mr. Mitchell's BBB Southland.

Other media sources have seized upon this information to scrutinize the high salary of William Mitchell.
...
As part of our initial investigation, this Publisher was the first to report that it had uncovered certain documentation with regard to Mr. Mitchell and his BBB Southland chapter that questions the alleged honesty and integrity of the BBB Southland.Consider the following examples of previously reported information:
...
Not surprisingly, Mr. William Mitchell, the reputed leader of the BBB Southland empire, #34did not return the Register's call...#34 reported the newspaper.
...
In a human sense, perhaps Mr. Mitchell has an urge to produce illegitimate, dis-honest, unsubstantiated, and unethical so-called is biggest and most legitimate critic, the critic that he may envy and one day aspire to be; the critic with a flawless track record; the critic with the national respect; the critic with published rules and procedures; the critic that other programs model their programs around; etc. Human emotions are understandable, but not necessarily excusable.
...
William G. Mitchell and/or the Better Business Bureau of the Southland, Inc. doubts the credibility of the all

» Send Kudo  |  » Send a Message    Is this helpful? 👍(1)  👎(0)

CHANCE E. GORDON




- ✳  

  0 Reviews

- 💡  

  33 Answers

6/14/2010 2:01 AM (PST)

Even More!!!

BBB Chapter Slapped with Major Lawsuit - [Cached Version]
Published on: 1/24/2004 Last Visited: 9/29/2006
This media documentation contains updated and detailed information about a particular chapter of the #34Better Business Bureau.#34 The specific chapter this report will focus upon is the Better Business Bureau of the Southland, Inc., d/b/a (doing business as) "The Better Business Bureau" and its President, Mr. William G. Mitchell.This report also includes a background investigation of key BBB Southland employees.Also, this report provides direct hyperlinks which allows readers to download free of charge the 1999 Form 990 tax return

documents uncovered by the Publisher and apparently filed by Mr. Mitchell's BBB Southland. As part of the investigation, this Publisher has uncovered certain documentation with regard to Mr. Mitchell and his BBB Southland chapter that speaks for itself regarding the firm's honesty and integrity.

...

By authorizing the release of these forms, the public can begin to better understand the operation of Mr. Mitchell's vast BBB Southland chapter and his hands-on role in BBB Southland affairs. As a matter of courtesy, we are making the Form 990 tax returns available to the general public absolutely free of charge!!!

...

Specifically, this report will focus and deal with the Better Business Bureau of the Southland, Inc.(hereinafter to be referred to as "BBB Southland"), its President, Mr. William G. Mitchell, and Mr. Todd McDonald, who is reportedly a key employee of BBB Southland.

...

This Publisher has been informed that the prestigious law firm of Richman, Lawrence, Mann, Greene, Chizever, Friedman & Phillips, based out of Beverly Hills, CA, on Wilshire Boulevard, filed a stunning lawsuit against William G. Mitchell, personally, and against the Better Business Bureau as a corporate entity, and also against the Inland Cities Better Business Bureau Foundation, Inc.(hereinafter to be referred to as "BBB Inland").The suit was filed on behalf of Antares Corporation, a California-based corporation.

...

Not withstanding the foregoing, the civil complaint also alleges damaging information with regard to both the integrity and character of Mr. William G. Mitchell.Specifically, on page three, paragraph seven of the civil complaint, Antares charges that Mitchell operated the BBB Southland, as well as the related BBB Inland "for personal profit" instead of its alleged "non-profit" status; Mitchell claimed in court papers that the BBB Southland is a e has repeated this claim to the general public on numerous occasions prior to the commencement of the lawsuit.The complaint also accuses the BBB Southland of "intentional false" representations in its Reliability Reports.

In consideration of past articles by Publisher on the same BBB chapter, as well as the apparent fact that the BBB Southland headed by Mitchell is the headquarters for all district offices of BBB facilities in the Los Angeles metropoli

» Send Kudo  |  » Send a Message    Is this helpful? 👍(3)   👎(0)

Lei O.



Button

- ⚙

  0 Reviews

- 💡

  3 Answers

6/14/2010 11:02 AM (PST)

Mr Gordon, The information you've uncovered on Mr. Mitchell's integrity and character as owner of the BBB

Southland is most disturbing and gives me pause as a consumer who relies on the ability of the BBB to give valid and authentic information on business's integrity. Which poses the question "Who do you trust?" I would have to seriously reconsider your firm's ability to represent my concerns since I did question it in this forum, only because there are so many fraudulent companies/firms making the same claims one can not be too careful. Thank you for your throughout reporting on Mr Mitchell which definitely shows me that you leave no stone unturned. Lei O.

» Send Kudo  |  » Send a Message      Is this helpful? 👍(0)    👎(0)

CHANCE E. GORDON



- ⭐

  0 Reviews

- 💡

  33 Answers


6/14/2010 12:14 PM (PST)

Not a problem Lei. I'm not here to make myself wealthy off the back of the working man, quite the opposite actually. Unfortunately, there are so many individuals like Mr. Mitchell who have companies which attest to be "consumer-advocates" and "watch-dog" groups that are really quite the opposite. In reality, companies like BBB Southland, the Modsquad, etc. are nothing more than scams themselves that try and shakedown lawyers like myself whom are the true consumer adovocates. More than anything, Mr. Mitchell's extended silence speaks volumes and only confirms everything that has been stated above. ,Not a problem Lei. I'm not here to make myself wealthy off the back of the working man, quite the opposite actually. Unfortunately, there are so many individuals like Mr. Mitchell who have companies which attest to be "consumer-advocates" and "watch-dog" groups that are really quite the opposite. In reality, companies like BBB Southland, the Modsquad, etc. are nothing more than scams themselves that try and shakedown lawyers like myself whom are the true consumer adovocates. More than anything, Mr. Mitchell's extended silence speaks volumes and only confirms everything that has been stated above. ,Not a problem Lei. I'm not here to make myself wealthy off the back of the working man, quite the opposite actually. Unfortunately, there are so many individuals like Mr. Mitchell who have companies which attest to be "consumer-advocates" and "watch-dog" groups that are really quite the opposite. In reality, companies like BBB Southland, the Modsquad, etc. are nothing more than scams themselves that try and shakedown lawyers like myself whom are the true consumer adovocates. More than anything, Mr. Mitchell's extended silence speaks volumes and only confirms everything that has been stated above.

» Send Kudo  |  » Send a Message      Is this helpful? 👍(3)    👎(0)

CHANCE E. GORDON



- ⚙
  0 Reviews

- 💡
  33 Answers

6/14/2010 12:15 PM (PST)

I don't know why that last entry triple posted...:),Not a problem Lei. I'm not here to make myself wealthy off the back of the working man, quite the opposite actually. Unfortunately, there are so many individuals like Mr. Mitchell who have companies which attest to be "consumer-advocates" and "watch-dog" groups that are really quite the opposite. In reality, companies like BBB Southland, the Modsquad, etc. are nothing more than scams themselves that try and shakedown lawyers like myself whom are the true consumer adovocates. More than anything, Mr. Mitchell's extended silence speaks volumes and only confirms everything that has been stated above.

» Send Kudo  |  » Send a Message      Is this helpful? 👍(3)   👎(1)

Bill M



- ⚙
  7 Reviews

- 💡
  1331 Answers

🏅 BBB Expert
🏠Sergeant

6/14/2010 1:30 PM (PST)

Chance, You should peel away a little more than the first layer of the onion. If you did, you'd find that your revelations aren't quite accurate. First, National Consumer Council's lawsuit was dismissed, not because they

were effectively put out of business by the FTC, but because they were unable to establish that they could prevail on their claim. The same thing was true of the Antares suit(this is the major lawsuit you said we were hit with). Had you done any checking at all,you would have found that we were given a judgment against Antares. Again, the best thing for people to do is to click on the BBB Report above the question and read the text of the complaints against your law firm. The complaints are extremely serious for a lawyer as they allege that you've taken client's money and abandoned their claims.

» Send Kudo  |  » Send a Message    Is this helpful? 👍(1)   👎(13)

CHANCE E. GORDON



- ☼

  0 Reviews

- 💡

  33 Answers


6/14/2010 8:55 PM (PST)

Bill, I copied and pasted what was placed above. You can lie about your own credentials, and conceal the fact that you have a whopping conflict of interest because you own a business that attests to be objective, when it really is not. You can continue to attack me while you use BBB Southland to extort money out of businesses so that you don't saddle them with horrible ratings.

The truth of the matter is that you are improperly using a business classified as a non-profit to line pockets and hide income. The truth is that you're a charlatan that goes on this board and hides the fact that you own the company so that you can direct consumer dollars to whatever business happens to be paying you off. This is reflected all over the rip-off report and as stated in an article about your company from the Orange County Register (Please see below)

DISCUSSION OF THE CORRUPT BBB SOUTHLAND AS REFLECTED IN THE RIP-OFF REPORT:

...by consumers, for consumers ...scams, consumer complaints, and frauds reported. File a report, post your review or experience!
Welcome, undefined
My Profile | My Reports
Don't let them get away with it.® Let the truth be known!HOME


Corporate Advocacy Program
This is the best way to manage and repair your business reputation. Hiding negative complaints is only a Band-Aid. Consumers want to see how a business took care of business.
All business will get complaints. How those businesses take care of those complaints is what separates good

businesses from bad businesses.

Consumers love to do business with someone that can admit mistakes and states how they made improvements.

---------------------------------------------------------------------------

Corporate Advocacy Business Remediation and Customer Satisfaction Program.
A program that benefits the consumer, assures them of complete satisfaction and confidence when doing business with a member business.
SEARCH COMPANY OR REPORT #

Use Advanced Search Latest Reports

Use our complaint form to report a scam. Site problems? Use our support form.
Read "Thank You" e-mails from consumers...Ripoff Report protects consumer's right to speak out.
Report: #94550 Report: BBB
Reported By: (Los Angeles California)

BBB Of Southland is a scam extortion on companies. Rip-off! Colton California
...


1
Author 0
Consumer 0
Employee
Respond to this report!


What's This?
Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company?


Victim of this person/company?


What's This?
Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers to be educated and don't let them get away with it!

BBB
315 North La Cadena Drive, Colton, CA 92324
Colton California 92324
U.S.A.
Phone:
Web Address:


Category: BBB Better Busine

» Send Kudo  |  » Send a Message    Is this helpful? 👍(0)   👎(0)

CHANCE E. GORDON



Button

- ✷

0 Reviews

- 💡

33 Answers

6/14/2010 8:58 PM (PST)

CONTINUED....

Submitted: Friday, June 11, 2004
Posted: Friday, June 11, 2004

Introduction
In or about January of 1998, we produced an investigative article entitled "BBB and its President Slapped with Lawsuit". This informative article revealed information and documentation that caused some to question the integrity, mission, and focus of the BBB in general, and the Better Business Bureau of the Southland, Inc., in particular. We documented and questioned as to whether or not the BBB was engaged in deceptive and fraudulent conduct with use of the controversial term "Reliability Report." With our reporting as influence, others came to the same conclusion.

Eventually the BBB of the Southland, Inc. stopped issuing so-called "Reliability Reports" and instead began using the more mild term "Company Report." The fact that the BBB was apparently stripped of its use of the term "Reliability Report" strongly suggests that the reports were defective and misleading, and that use of the term provides evidence to those who question the integrity of the BBB. After all, even heart surgery is not "Reliable" even if performed by the best doctor in the world.

Not surprisingly, we began to receive complaints or inquiries from several other businesses and persons who apparently had experienced similar or abnormal problems in dealing with the BBB that contrasted with their feel-good, chummy, reputation.

We reported information specific to the Better Business Bureau of the Southland, Inc., allegedly d/b/a (doing business as) "Orange County Better Business Bureau" "Los Angeles BBB" "Riverside BBB" and, "BBB Southland". We also included information about Mr. William G. Mitchell, the controversial President of the BBB Southland. Better Business Bureau of the Southland, Inc., has five offices in the Los Angeles, California area covering Orange County, Los Angeles County, Riverside County, and San Bernardino County.

Investigation of Key Employees
In addition to exploring information about Mr. Mitchell, our initial report also included a background

investigation of key BBB Southland employees. With the previous reports, we provide direct hyperlinks which allowed readers to download free of charge the 1999 Form 990 tax return documents uncovered by the Publisher and apparently filed by Mr. Mitchell's BBB Southland. Other media sources have seized upon this information to scrutinize the high salary of William Mitchell.

Publisher Explores Links to Electronic 'Animals'
In this report, we also provide hyper-links to Mudwalkers suspected of subversive, radical, anti-constitutional, and/or extremist activity, i.e., being Electronic Mules, Cyber Pigeons, donkeys, and/or Electronic Parrots. These calculating, efficient, cold-blooded electronic 'animals' are suspected of knowingly, willingly, deliberately being reliant upon questionable so-called "Reliability Reports" that both the American media and American judicial enitities have in fact raised questions

» Send Kudo  |  » Send a Message     Is this helpful? 👍(2)   👎(0)
CHANCE E. GORDON



- ✛

  0 Reviews

- 💡

  33 Answers

6/14/2010 9:01 PM (PST)

CONTINUED

...about. The motives of these 'animals' and whether or not they can be linked to certain political philosophies that oppose Capitalism, and American ideals of commerce, is being explored in an idependent report that is currently under editorial review.

Summary of Previous Report: Questions of Honesty and Integrity

As part of our initial investigation, this Publisher was the first to report that it had uncovered certain documentation with regard to Mr. Mitchell and his BBB Southland chapter that questions the alleged honesty and integrity of the BBB Southland. Consider the following examples of previously reported information:

For example, we reported that neither negative factual information about the BBB Southland nor records of past litigation *against* the BBB Southland, Inc. chapter was mentioned on the home web page of the Council of Better Business Bureau's central server, or as part of a disclaimer in the BBB Southland's highly questionable "Reliability Reports". Negative information and damaging allegations have been a central part of past litigation involving the BBB Southland.

For example, we first reported that the methods used by the BBB to attract potential members and their

simultaneous use of so-called "Reliability Reports" against non members was very suspicious. For example, we researched so-called BBB "Reliability Reports" against prominent and well known companies that had been the focus of government action or attention or numerous consumer complaints and noticed that the BBB reports were still generally favorable.

For example, we reported that some consumers had knowingly relied upon the false or misleading information that the BBB Southland had put out about certain organizations, including even N.A.A.S. A subsequent investigation and a companion report explores the motives, credibility, and legitimacy of a "consumer" that receives false, untrue, fabricated, deceitful, and misleading information from any consumer watch-dog group and/or submits false, untrue, fabricated, deceitful, and misleading information to any consumer watch-dog group.

Orange County Register Body Slams BBB.

Eventually, other legitimate newspapers, and media sources not mesmerized or beholden to the powerfu BBB brand-name began to show interest. One such newspaper that we know of is the Orange County Register, which is a division of Freedom Communications, Inc. The Orange County Register is published daily and Sunday, and is located in Santa Ana, CA. Upon examing the recent investigative articles by the OCR and numerous complaints from responsible and reputable business owners, Joe D'Agostino of the Orange County District Attorney's office consumer-protection division said his office will investigate. The state Department of Consumer Affairs is referring complaints to the state Attorney General's office.

The Orange County Register reports that numerous business owners have contacted the newpaper for complaints ranging

» Send Kudo  |  » Send a Message      Is this helpful? 👍(1)   👎(0)
CHANCE E. GORDON



Button

- ⚙

    0 Reviews

- 💡

    33 Answers

6/14/2010 9:03 PM (PST)

CONTINUED

...about. The motives of these 'animals' and whether or not they can be linked to certain political philosophies that oppose Capitalism, and American ideals of commerce, is being explored in an idependent report that is currently under editorial review.

Summary of Previous Report: Questions of Honesty and Integrity

As part of our initial investigation, this Publisher was the first to report that it had uncovered certain documentation with regard to Mr. Mitchell and his BBB Southland chapter that questions the alleged honesty and integrity of the BBB Southland. Consider the following examples of previously reported information:

For example, we reported that neither negative factual information about the BBB Southland nor records of past litigation *against* the BBB Southland, Inc. chapter was mentioned on the home web page of the Council of Better Business Bureau's central server, or as part of a disclaimer in the BBB Southland's highly questionable "Reliability Reports". Negative information and damaging allegations have been a central part of past litigation involving the BBB Southland.

For example, we first reported that the methods used by the BBB to attract potential members and their simultaneous use of so-called "Reliability Reports" against non members was very suspicious. For example, we researched so-called BBB "Reliability Reports" against prominent and well known companies that had been the focus of government action or attention or numerous consumer complaints and noticed that the BBB reports were still generally favorable.

For example, we reported that some consumers had knowingly relied upon the false or misleading information that the BBB Southland had put out about certain organizations, including even N.A.A.S. A subsequent investigation and a companion report explores the motives, credibility, and legitimacy of a "consumer" that receives false, untrue, fabricated, deceitful, and misleading information from any consumer watch-dog group and/or submits false, untrue, fabricated, deceitful, and misleading information to any consumer watch-dog group.

Orange County Register Body Slams BBB.

Eventually, other legitimate newspapers, and media sources not mesmerized or beholden to the powerfu BBB brand-name began to show interest. One such newspaper that we know of is the Orange County Register, which is a division of Freedom Communications, Inc. The Orange County Register is published daily and Sunday, and is located in Santa Ana, CA. Upon examing the recent investigative articles by the OCR and numerous complaints from responsible and reputable business owners, Joe D'Agostino of the Orange County District Attorney's office consumer-protection division said his office will investigate. The state Department of Consumer Affairs is referring complaints to the state Attorney General's office.

The Orange County Register reports that numerous business owners have contacted the newpaper for complaints ranging

» Send Kudo  |  » Send a Message      Is this helpful? 👍(1)   👎(0)
CHANCE E. GORDON

| Button |

• ⚙

0 Reviews

- 💡

33 Answers

6/14/2010 9:06 PM (PST)

BILL, THE LIST OF COURSE GOES ON AND ON IN REGARDS TO ALL OF YOUR COMPANIES SHAKEDOWN TACTICS, MISDEEDS, AND THE LIKE...

IN LIGHT OF THE ABOVE, HOW ABOUT THIS....

Why not debate in a public forum? Why are you so afraid of the real truth getting out? I will have my office contact all of the people that have lodged complaints so that they may attend and voice their own opinion IN PERSON about my firm. I will also have my marketing direceter attend and he can explain how your company demanded money in exchange for not posting these complaints that you are now trying to beat me over the head with.

If you are not a coward and a liar, you will accept my offer of an open public debate. You've proved that you have the resources to get the word out so that attendance at such a debate won't be a problem, so when are you going to quit hiding behind your computer? THE PUBLIC HAS A RIGHT TO KNOW!

Let me know.

Chance E. Gordon
The True Consumer Advocate
,Bill, I copied and pasted what was placed above. You can lie about your own credentials, and conceal the fact that you have a whopping conflict of interest because you own a business that attests to be objective, when it really is not. You can continue to attack me while you use BBB Southland to extort money out of businesses so that you don't saddle them with horrible ratings.

The truth of the matter is that you are improperly using a business classified as a non-profit to line pockets and hide income. The truth is that you're a charlatan that goes on this board and hides the fact that you own the company so that you can direct consumer dollars to whatever business happens to be paying you off. This is reflected all over the rip-off report and as stated in an article about your company from the Orange County Register (Please see below)

DISCUSSION OF THE CORRUPT BBB SOUTHLAND AS REFLECTED IN THE RIP-OFF REPORT:

...by consumers, for consumers ...scams, consumer complaints, and frauds reported. File a report, post your review or experience!
Welcome, undefined
My Profile | My Reports
Don't let them get away with it.® Let the truth be known!HOME

Corporate Advocacy Program
This is the best way to manage and repair your business reputation. Hiding negative complaints is only a Band-Aid. Consumers want to see how a business took care of business.
All business will get complaints. How those businesses take care of those complaints is what separates good businesses from bad businesses.

Consumers love to do business with someone that can admit mistakes and states how they made improvements.

----------------------------------------------------------------------------

Corporate Advocacy Business Remediation and Customer Satisfaction Program.
A program that benefits the consumer, assures them of complete satisfaction and confidence when doing business with a member business.
SEARCH COMPANY OR REPORT #

Use Advanced Search Latest Report

» Send Kudo  |  » Send a Message      Is this helpful? 👍(7)    👎(0)
MJ



- ⚙ 

   0 Reviews

- 💡 

   1 Answer

8/17/2010 9:35 PM (PST)

Wow, I've become very hesitant after reading this blog. I originally wanted to go with The Gordon Law Firm to help me with a Loan Mod, but Mr. Bill has put doubt in my mind. I also now have doubt in my mind about the BBB. This is very disturbing. I'm not sure who I can turn to. I was hoping I didn't have to turn to my lender because they have shown little concern or interest in my scenario. I would be open to suggestions???

» Send Kudo  |  » Send a Message      Is this helpful? 👍(0)    👎(0)
CHANCE E. GORDON



- ⚙ 

   0 Reviews

- 💡

  33 Answers


8/18/2010 11:15 AM (PST)

Hi MJ,

This is Chance E. Gordon owner of The Gordon Law Firm. I appreciate your question as you are a consumer that is "digging deeper" in order to discover the real truth about The Better Business Bureau of The Southland which is this BBB site.

Historically, the BBB has provided consumers a valuable service by allowing consumers to post complaints and through providing a "grade" of a company that was historically determining through purely objective factors. This was before William Mitchell took over ownership and control of the Southland BBB.

Mr. Mitchell has used the BBB to attack businesses like mine for dual purposes. First, he has attacked us because we are unwilling to pay the unreasonable fee that it costs for a business to become "BBB Accredited". Essentially, Mr. Mitchell will give your business a high grade and "accredit" your business if you simply pay him off. Mr. Mitchell's second purpose in attempting to destroy the reputation of my law firm is that he owns an interest in a competing business which actually charges people an unfront fee for loan modification services. The name of this business is "Springboard Nonprofit Consumer Credit Management" in which Mr. Mitchell has a financial interest. This company provides loan modification services and charges an upfront fee. Obviously, since my firm offers loan modification services completely free of charge, we are a threat to Mr. Mitchell who continues to attack us and has implied that he will use his supposed connections with the State Bar to run my firm out of his business so that Springboard will no longer have to worry about my office as competition.

What is interesting is that Springboard has the same amount and type of complaints as my law firm yet has an "A" rating while we have a "C-" rating. Please check out the links below to confirm this.

http://www.la.bbb.org/businessreport.aspx?companyid=3095

http://www.la.bbb.org/businessreport.aspx?companyid=100089396

My office is tired of having its good name drug through the mud by Mr. Mitchell who lies to the public so that he can line his own pockets. We are in the process of preparing a Racketeering Lawsuit wherein we will seek a federal court injunction to prevent him from doing so. This action will more than likely cause various federal and state governmental enforcement agencies to begin investigations of Mr. Mitchell, the BBB, and the various business in which he holds an interest. These investigation will undoubtedly reveal criminal conduct which supports everything I have said above.

I hope this has been helpful.

Sincerely,

Chance E. Gordon

» Send Kudo  |  » Send a Message     Is this helpful? 👍(0)  👎(0)

Bill M



-  7 Reviews

- 1331 Answers

**BBB Expert**
**Sergeant**

8/18/2010 1:24 PM (PST)

Mr. Gordon, Your research is an inch deep. First, I don't own the BBB; it's not a for profit corporation. Second, it was this BBB that developed the rating system that's now used by all the BBBs, and it's not a subjective system as you state. Instead, it relies on an algorithm that weighs various factors in a businesses' record and assigns an appropriate numerical value that translates into a letter grade. In your case, your rating is low because the complaints against you and your firm almost uniformly allege that you fail to perform the services for which you were engaged, and generally abandon your clients. For anyone who doesn't trust the BBB rating, click on the View Complaints button in the BBB report and read the text of the complaints. Draw your own conclusions. The Springboard theory was made up out of whole cloth by National Consumer Counsel, a business that engaged in debt settlement scams. That theory had no legs and eventually National Consumer Counsel was closed down by the FTC, all their assets were seized and distributed to their victims, and the principals fined. As to your forthcoming suit for Racketerring [SIC], good luck prosecuting that claim.

» Send Kudo  |  » Send a Message    Is this helpful? 👍(0)    👎(0)

CHANCE E. GORDON



- 0 Reviews

- 33 Answers

8/18/2010 4:04 PM (PST)

I think it is you that needs the good luck. As you will see when you receive service of my lawsuit, my research is more than an "inch deep". Once again, the public needs to be made aware of the fact that you are liar. You talk about "algorithm" in your rating system, but here is your prior sworn testimony in regards the BBB rating system:

FROM SWORN TESTIMONY OF WILLIAM G. MITCHELL, CEO OF THE LA BBB

"In our view, the public doesn't really care....what went into it {the grade.}"

"The grade is kind of arbitrary....I mean this is our opinion."

"And that letter grade represents our opinion of what we think"

Take a look folks at www.BBBROUNDUP.COM if you want to know the truth about Mr. Mitchell and the BBB.

The fact of the matter is "Bill M" that you hide behind the non-profit veil so that you can disparage other businesses that dare compete with you, take upfront fees for loan modifications, and hide your income and avoid taxation from the government. You, the BBB, and Springboard and the conduct you engage in constitutes "Racketeering" within the meaning of the RICO statutes...which is exactly what my office has alleged in the 45 page draft complaint which will be finalized, filed, and served next week.

See you in Federal Court Bill M. Good luck shrouding yourself within the inapplicable provisions of the Anti-Slapp statute like you have done in the past. In the end, you have to live with yourself and the fact that the manner in which you support yourself in the world is through activities that are 100% parasitic in nature.

By the way, anytime you decide to come out from behind your keyboard for a public debate, I will be more than happy to air these issues in a public forum. Refusing to do so merely proves that you are a liar, a charleton, and a coward.

» Send Kudo  |  » Send a Message     Is this helpful?  👍(2)    👎(0)

CHANCE E. GORDON



- 0 Reviews

- 33 Answers

9/2/2010 1:55 PM (PST)

Take a look folks...my office is finally going to put a stop to this scandal...

http://www.courthousenews.com/2010/09/01/index.html

» Send Kudo  |  » Send a Message      Is this helpful? 👍(0)  👎(2)

Richard H.



- ✪

  0 Reviews

- 💡

  1 Answer

9/2/2010 7:14 PM (PST)

Mr. Gordon, you may want to compare notes with Janian & Associates. They to had a long standing "A" rating with the BBB until they decided that they were no longer going to be shaken down. Now with an "F" rating for refusal to succumb to extortion, they are also taking the fight to the BBB. I am a small business owner in a completely different field, and I have discovered first hand how the BBB always offers to fix these problems by asking for a credit card number five minutes into the conversation. Its unfortunate that consumers trust the BBB hook, line and sinker.

» Send Kudo  |  » Send a Message      Is this helpful? 👍(2)  👎(0)

Darcy R.



- ✪

  0 Reviews

- 💡

1 Answer

10/6/2010 7:30 PM (PST)

Wow this runs deep! I just got on board with The Gordon law firm, and after reading these comments I can tell that "The President of BBB is a scam artist." Mr. Gordon,I am glad that you are suing a scoundrel like Bill Mitchell, extortion, racketeering, and Deflamation of Character would be only a start for the terrible feeling I got today after viewing the "grade" they gave your company!( I think your staff is really very professional,prompt, and patient. Thank you again, Darcy

» Send Kudo  |  » Send a Message     Is this helpful? 👍(0)   👎(0)

JB



- ⭐

  0 Reviews

- 💡

  1 Answer

10/22/2010 8:49 PM (PST)

Hi All....I find most "Govt" entities worthless and corrupt, so understand Mr Gordons frustrations. To actually answer the question on the board, I have just entered into an agreement with Mr Gordons firm so will keep you all posted. My Mortgage holders have basically treated me like #### for over a year so his offer to file against them seems good. I am long time self employed...not stupid (although maybe currently a little desperate) and have dealt with enough attys to not be an easy sell.....so we will see... I will keep you posted....

» Send Kudo  |  » Send a Message     Is this helpful? 👍(0)   👎(0)

CHANCE E. GORDON



- ⭐

  0 Reviews

- 💡

  33 Answers

10/25/2010 1:39 PM (PST)

Make sure and check in with me JB!:)

» Send Kudo  |  » Send a Message      Is this helpful? 👍(0)    👎(0)