|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND<br>JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 10-6462-JFW (FFMx)**                                        Date:  November 8, 2010

Title:        Chance E. Gordon -v- The Better Business Bureau of the Southland, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                                **None Present**
   **Courtroom Deputy**                                        **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**        ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION AND DISMISSING ACTION WITHOUT PREJUDICE

   On November 8, 2010, the Court dismissed Plaintiff's first claim for relief with prejudice for failure to file a "RICO Case Statement."  In light of the Court's Order dismissing the only claim over which this Court has original jurisdiction, and after considering judicial economy, convenience, fairness, and comity, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims for relief. *See* 28 U.S.C.§ 1367(c); *Satey v. JPMorgan Chase & Co.*, 521 F.3d 1087, 1091 (9th Cir. 2008) (quoting *Carnegie-Mellon Univ. v. Cohill,* 484 U.S. 343, 351 (1988) ("[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine – judicial economy, convenience, fairness, and comity – will point toward declining to exercise jurisdiction over the remaining state law claims.'").

   Accordingly, this action is **DISMISSED without prejudice.**




   IT IS SO ORDERED.